IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAKE GRUBER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 1:19-cv-04700 |
| FERRARA CANDY COMPANY, | ) Judge: Hon. Robert M. Dow, Jr. |
| Defendant. | )<br>) |

**JOINT MOTION TO STAY PENDING SETTLEMENT**

Plaintiff Jake Gruber ("Gruber") and Defendant Ferrara Candy Company ("Ferrara') (jointly, "Parties") jointly move for a 30-day stay of this litigation so that Parties can finalize a settlement they recently reached in principle. In support of this request, the Parties state as follows:

1. The Parties have reached a settlement in principle.

2. The settlement between Gruber and Ferrara will result in dismissal of all pending individual claims between the Parties in this case.

3. The Parties anticipate needing 30 days to finalize their agreement.

4. In light of the Parties' agreement in principle, the Parties ask that the Court stay all litigation activity for 30 days, to allow the Parties to execute a final written settlement agreement and file a stipulation of dismissal.

Accordingly, Gruber and Ferrara respectfully request that the Court grant this motion to stay this litigation for 30 days.

Dated:  June 15, 2020                                        Respectfully Submitted,


By: _/s/  David B. Levin_                             By: _/s/   Hannah Y.  Chanoine_

    David B. Levin  
    Attorney for Plaintiff  
    Illinois Attorney No. 6212141  
    Law Offices of Todd M. Friedman, P.C.  
    333 Skokie Blvd., Suite 103  
    Northbrook, IL 60062  
    Phone: (224) 218-0882  
    Fax: (866) 633-0228  
    dlevin@toddflaw.com  

    **ATTORNEYS FOR JAKE GRUBER**

    Hannah Y. Chanoine (pro hac vice)  
    O'MELVENY & MYERS LLP  
    Times Square Tower  
    7 Times Square  
    New York, NY 10036  
    Phone:  (212) 326-2128  
    hchanoine@omm.com  

    Richard Goetz (pro hac vice)  
    O'MELVENY & MYERS LLP  
    400 South Hope Street, 18th Floor  
    Los Angeles, CA 90071  
    Phone:  (213) 430-6400  
    rgoetz@omm.com  

    R. Collins Kilgore (pro hac vice)  
    O'MELVENY & MYERS LLP  
    400 South Hope Street, 18th Floor  
    Los Angeles, CA 90071  
    Phone:  (213) 430-6367  
    ckilgore@omm.com  

    John Gekas  
    Saul Ewing Arnstein & Lehr LLP  
    161 North Clark Street  
    Suite 4200  
    Chicago, IL 60601  
    Phone:  (312) 876-7124  
    john.gekas@saul.com  

    **ATTORNEYS FOR DEFENDANT**  
    **FERRARA CANDY COMPANY**

**CERTIFICATE OF SERVICE**

I, Hannah Y. Chanoine, an attorney, hereby certify that on June 15, 2020, I caused a copy of the foregoing to be served via CM/ECF upon all counsel of record.

By: _/s/ Hannah Y. Chanoine_