# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAKE GRUBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FERRARA CANDY COMPANY,<br><br>Defendant. | Case No. 1:19-cv-4700 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff, JAKE GRUBER, and the Defendant, FERRARA CANDY COMPANY, by and through their attorneys, and hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| By: /s/ David B. Levin<br>Attorney for Plaintiff<br>Illinois Attorney No. 6212141<br>Law Offices of Todd M. Friedman, P.C.<br>333 Skokie Blvd., Suite 103<br>Northbrook, IL 60062<br>Phone: (224) 218-0882<br>dlevin@toddflaw.com | By: /s/ Hannah Y. Chanoine<br>Attorney for Defendant<br>Pro Hac Vice<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036<br>Phone: (212) 326-2128<br>hchanoine@omm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff